NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000755**
**09-MAY-2013**
**09:07 AM**

NOS. CAAP-11-0000755 and CAAP-12-0000004

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GAIL KONO, and WRAY JOSE, each individually and on
behalf of those persons similarly situated,
and TERRIE SIMPSON, LIANE AUYONG-IMAMURA,
PETER NAKASHIMA, CATHERINE KALEHUAWEHE, JOAN LEWIS,
BEVERLEE CHIP, JUSTIN WONG, ROBERT GILMORE and
GAYLE ENRIQUEZ, each in his or her official capacity
as TRUSTEE of the HAWAIʻI STATE TEACHERS ASSOCIATION
VOLUNTARY EMPLOYEES' BENEFICIARY TRUST,
Plaintiffs-Appellees/Cross-Appellants,
v.
NEIL ABERCROMBIE, Governor, State of Hawaiʻi,
in his official capacity, STATE OF HAWAIʻI, DOES 1-10,
Defendants-Appellants/Cross-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-1966)

ORDER DENYING DEFENDANTS-APPELLANTS/CROSS-APPELLEES'
MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of "Defendants-Appellants/Cross-Appellees Neil Abercrombie and State of Hawaiʻi's Motion for Reconsideration" filed May 3, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:   Honolulu, Hawaii, May 9, 2013.

Presiding Judge

Associate Judge

Associate Judge